```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653013831
Cashier ID: rguzzi
Transaction Date: 04/16/2010
Payer Name: ROY DEN HOLLANDER
----------------------------------
CIVIL FILING FEE
 For: ROY DEN HOLLANDER
 Case/Party: D-NYE-1-10-CV-001713-000
 Amount:        $350.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 17496403165
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00
```



Docket & File

RECEIVED
APR 16 2010
PRO SE OFFICE