## ROY DEN HOLLANDER
### Attorney at Law

545 East 14th Street, 10D
New York, N.Y. 10009

Tel: (917) 687-0652
rdhhh@yahoo.com

April 20, 2010

Hon. Nicholas G. Garaufis
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

### Roy Den Hollander v. Judge Frederic Block, No. 10 CV 1713 (NGG)

Dear Judge Garaufis:

This is a request to designate the above captioned *pro se* action an ECF case.

I am an attorney representing myself who is admitted to the Eastern District Court. I have experience with the ECF filing system, as does the U.S. Attorney for the Eastern District who is on the opposing side.

Thank you for your time.

Sincerely,

Roy Den Hollander

CC:   Benton J. Campbell, Esq.
U.S. Attorney for the Eastern District
271 Cadman Plaza East
Brooklyn, N.Y. 11201