UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROY DEN HOLLANDER,

                Plaintiff,

   -against-

JUDGE FREDERICK BLOCK, in his official
capacity,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
10-CV- 1713 (NGG)

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 3, 2010, dismissing plaintiff's complaint as frivolous; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that plaintiff's complaint is dismissed as frivolous.

Dated: Brooklyn, New York
        May 03, 2010

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court