ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

ROY DEN HOLLANDER,

                    Plaintiff,

        v.

JUDGE FREDERIC BLOCK,
in his official capacity,

                    Defendant.

---------------------------------------------------

Civil Action No. 10 cv 1713

**AFFIDAVIT SERVICE**
**SUMMONS AND COMPLAINT**

RECEIVED
APR 1 9 2010
PRO SE OFFICE

STATE OF NEW YORK   )
                         ) ss:
COUNTY OF KINGS    )

I, Alan Flacks, being duly sworn, depose and say:

I am not a party in this action, am over the age of 18 years, and reside in New York

County, New York. I personally served on the following defendants on the dates and at the

addresses indicated one copy of the Summons and Complaint in the above captioned case:

Judge Frederic Block
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Date: 4/16/10

Benton J. Campbell
U.S. Attorney
271 Cadman Plaza East
Brooklyn, N.Y. 11201

Date 4/16/10

_____
Alan Flacks

Sworn to before me on the
16th day of April 2010

_____
Notary Public

GRACIA L. GUSTAVE
Notary Public, State of New York
No. 01GU6206939
QUALIFIED IN Kings County
Commission Expires 06/08/2013

Dropped off by 4/19/10
Roy Den Hollander

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Dropped off by                    4/19/10*

COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## *Eastern District of New York*

ROY DEN HOLLANDER,
          Plaintiff,

          v.

JUDGE FREDERICK BLOCK,
in his official capacity,
          Defendant.

**SUMMONS**

**10   1713**

GARAUFIS, J.

POLLAK. M.J

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**PRO SE: ROY DEN HOLLANDER**
          **545 East 14 Street**
          **Apt. # 10-D**
          **New York, NY 10009**

an answer to the complaint which is herewith served upon you, within _____**60**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

APR 16 2010

CLERK

DATE

(BY) DEPUTY CLERK